IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN D. KELLEY and
DELAINA KELLEY,

    Plaintiffs,

v.                                                                     No. 2:17-cv-00883-MV-GJF

FAMILY DOLLAR STORES
OF NEW MEXICO, INC., a
Subsidiary of Family Dollar Stores, Inc., and
FAMILY DOLLAR STORES, INC.

    Defendants.

## NOTICE OF FIRM CHANGE

COME NOW, Defendants Family Dollar Stores of New Mexico, Inc. and Family Dollar Stores, Inc. ("Defendants"), by and through their undersigned counsel, BUTT THORNTON & BAEHR PC (Jay J. Athey, Esq. and Allison M. Beaulieu, Esq.), and MAYER LLP (Kevin P. Riley, Esq., *pro hac vice*), and hereby give notice to the Court of change of firms for associated counsel. The Association of Attorney Licensed Outside District [Dkt. 45] and Notice of Appearance *Pro Hac Vice* [Dkt. 46] were filed herein on April 30, 2018. Associated counsel, Kevin P. Riley, does not file in this Court and has no reason to do so. However, Mr. Riley has changed firms as of the first of this year as follows:

Kevin P. Riley
MAYER LLP
4400 Post Oak Pkwy Ste 2850
Houston, TX  77027-3453
Telephone:  (713) 487-2001
kriley@mayerllp.com
Assistant:  Chrysa Williams
cwilliams@mayerllp.com

Local and associated counsel for Defendant request this Court update this address and email information to allow associated counsel to continue to receive pleadings and notices from this Court through CM/ECF.

                                            Respectfully submitted,

                                            BUTT THORNTON & BAEHR PC

                                            */s/ Jay J. Athey*
                                            Jay J. Athey, Esq.
                                            Allison M. Beaulieu, Esq.
                                            PO Box 3170
                                            Albuquerque, NM  87190
                                            Telephone:    (505) 884-0777
                                            jjathey@btblaw.com
                                            ambeaulieu@btblaw.com

                                            MAYER LLP

                                            */s/ Kevin P. Riley*
                                            Kevin P. Riley, Esq., *pro hac vice*
                                            4400 Post Oak Pkwy Ste 2850
                                            Houston, TX  77027-3453
                                            Telephone:    (713) 487-2001
                                            kriley@mayerllp.com
                                            *Attorneys for Defendants Family Dollar Stores of New Mexico, Inc. and Family Dollar Stores, Inc.*

I HEREBY CERTIFY that on the 25th day of February, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Kristin K. Nelson, Esq.
Dana G. Kirk, Esq.
KIRK LAW FIRM
kirk@kirklawfirm.com
*Attorneys for Plaintiff*

/s/ *Jay J. Athey*
Jay J. Athey

2